UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

RYAN HALLIHAN, Case No. 26-17218-EPK

Debtor. Chapter 13

_________________________________/

## NOTICE OF OBJECTION TO CLAIM

Debtor, Ryan Hallihan has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| Miami Division: | Fort Lauderdale Division: | West Palm Beach Division: |
|---|---|---|
| United States Bankruptcy Court<br>Southern District of Florida<br>C. Clyde Atkins United States Courthouse<br>301 North Miami Avenue, Room 150<br>Miami, Florida 33128 | United States Bankruptcy Court<br>Southern District of Florida<br>United States Courthouse<br>299 East Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | United States Bankruptcy Court<br>Southern District of Florida<br>Flagler Waterview Building<br>1515 North Flagler Drive, Suite 801<br>West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

**Objection to Claim Number 9-1-Unison Midgard Holdings, LLC**

Debtor, Ryan Hallihan objects to claim number 9-1 filed by LVNV Fund, LLC as a general unsecured claim in the amount of $0.00 on August 10, 2026, for the following reasons:

The claim is shown as $0; and the basis for the claim is an Option Agreement. Creditor cannot maintain a security interest without a value claim.

Debtor requests that the court strike and disallow the claim in its entirety. Additionally, Debtor requests that Court reject the Option Agreement

The undersigned counsel shall serve a true and correct copy of this Motion on all interested parties and shall file a Certificate of Service with this Honorable Court.

Dated: August 27, 2026

Steven E. Wallace, Esq.
Steven E. Wallace, PL
Attorneys for Debtor
2500 Quantum Lakes Drive #203
Boynton Beach, Florida 33426

By: /s/ Steven E. Wallace
Florida Bar No. 585661