UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Case No. 26-17218

Ryan Hallihan

Chapter 13

Debtor /

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR**
**WITH LOCAL RULE 4002-2 CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for the debtor has reviewed all filed claims as required by Local Rule 4002-2. As a result of that review:

1. ☐ No further action is necessary.

2. The following actions have been taken:

■ The debtor has filed an objection to the proof of claims filed by LVNV (Claim #1 and Claim #3) as well as the claim of Unison Midgard Holdings, LLC (Claim #9-1).

■ The debtor has filed a first amended plan or modified plan to provide for the proof of claims filed by IRS (Claim #4-1), Newhaven at Abacoa Homeowners Association, Inc. (Claim #5-1) and NewRez LLC as servicer for American Mortgage Investment Partners Management, LLC (Claim #8-1).

☐ Other:

The undersigned counsel shall serve a true and correct copy of this Motion on all interested parties and shall file a Certificate of Service with this Honorable Court.

Dated: August 27, 2026

Steven E. Wallace, Esq.
Steven E. Wallace, PL
Attorneys for Debtor
2500 Quantum Lakes Drive #203
Boynton Beach, Florida 33426

By: /s/ Steven E. Wallace
Florida Bar No. 585661